816

No. 85-1802. EASTON ET AL. *v.* CITY OF BOULDER, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 85-1806. FRANZEN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. *v.* DUCKWORTH ET AL.; and

No. 85-1820. DUCKWORTH ET AL. *v.* FRANZEN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 780 F. 2d 645.

No. 85-1815. BUNDRICK ET AL. *v.* UNITED STATES; and

No. 85-1938. ALDER ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. Reported below: No. 85-1815, 785 F. 2d 1009; No. 85-1938, 785 F. 2d 1004.

No. 85-1819. CESTARO *v.* CORCORAN, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 85-1826. ALINOVI *v.* WORCESTER SCHOOL COMMITTEE ET AL. C. A. 1st Cir. Certiorari denied.

No. 85-1829. ACRI ET AL. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 85-1842. COVERT *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 85-1849. WALKER ET AL. *v.* IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 85-1854. BANKS *v.* FINLEY-SELIGMAN & LATZ, INC. C. A. 7th Cir. Certiorari denied.

No. 85-1856. JAYCO SYSTEMS, INC. *v.* SAVIN BUSINESS MACHINES CORP. C. A. 5th Cir. Certiorari denied.

No. 85-1860. COWLES ET AL. *v.* DOW KEITH OIL & GAS, INC., ET AL. C. A. 10th Cir. Certiorari denied.